UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JONNARD NELSON, #260733,        )
              Plaintiff,        )
                              )   No. 2:19-cv-9
                              )
                              )   Honorable Paul L. Maloney
SUSAN H. WILSON, *et al.*,        )
             Defendants.        )
                              )

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 14, 2022                            /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                  United States District Judge